```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/13/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
KYLE COLLISON,                                                     :
:
:
                           Plaintiff,                              :
:        24-cv-2221 (LJL)
        -v-                                                        :
:           ORDER
:
WANDRD, LLC & AUSTIN COPE,                                         :
:
                           Defendants.                             :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The motion for sanctions is denied without prejudice to renewal for failure to follow the procedural protections of Federal Rule of Civil Procedure 11.  Rule 11 provides that a motion for sanctions "shall be service . . . but shall not be filed with or presented to the court unless, within 21 days after service of the motion . . . the challenged paper, claim, defense, contention, allegation, or denial is not withdrawn or appropriately corrected."  Fed. R. Civ. P. 11(c)(2).  Defendant presents no evidence that the motion was served at least 21 days before the motion was filed with the Court.

      The Clerk of Court is respectfully directed to close Dkt. No. 13.

      SO ORDERED.

Dated: June 13, 2024
       New York, New York
                                              LEWIS J. LIMAN
                                        United States District Judge