**DENTONS**

Ned H. Bassen

ned.bassen@dentons.com
D   +1 212-398-5828

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/20/2024__

# MEMO ENDORSED

> Application GRANTED. The continued settlement conference scheduled for October 22, 2024, is hereby ADJOURNED to **October 23, 2024, at 12:30 p.m., via teleconference.** The parties must jointly submit a confidential letter to chambers, by email, updating the Court as to their settlement efforts and setting out each party's most recent demand or offer by **October 16, 2024.** SO ORDERED.
>
> _/s/ Barbara Moses_
> Barbara Moses
> United States Magistrate Judge
> September 20, 2024

September 20, 2024

VIA ECF
Hon. Barbara Moses
Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan, US Courthouse
500 Pearl Street
New York, N.Y. 10007-1312

Re:   Kyle Collison v. WANDRD, LLC, et al.
      24-CV-02221 (LJL) (BCM)

Dear Judge Moses:

I am submitting this letter-motion to request rescheduling of the continued settlement conference that your Honor has scheduled for October 22, 2024 at 11:00 a.m. via teleconference. On October 22, 2024, I have a previously scheduled mediation in Washington, D.C. and WANDRD representative Ryan Cope will be on the last day of a previously scheduled family vacation. Counsel for Plaintiff has consented to rescheduling. There has been no such previous request.

Your Honor's Chambers has offered two available dates for rescheduling, October 23, 2024, 2024 at 12 Noon and October 24 at 10AM. Everyone is available for rescheduling on October 23, 2024 at 12 Noon. I respectfully request that the telephonic continued settlement conference be rescheduled for October 23, 2024 at 12 Noon.

Respectfully submitted,

Dentons US LLP

Attorneys for WANDRD, LLC and Austin Cope

By: _/s/ Ned H. Bassen_

Ned H. Bassen

cc:  Kara S. Miller, Esq.