UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KYLE COLLISON,<br><br>                            Plaintiff,<br><br>- against -<br><br>WANDRD, LLC and AUSTIN COPE, individually<br><br>                            Defendants. | Docket No.: 24-cv-2221 (LJL)<br><br>**JUDGMENT IN FAVOR OF PLAINTIFF KYLE COLLISON FOR HIS FLSA CLAIMS – COUNT ONE OF AMENDED COMPLAINT** |

**WHEREAS,** on November 19, 2024, Defendants Wandrd, LLC and Austin Cope served Plaintiff with an Offer of Judgment pursuant to Federal Rule of Civil Procedure 68 on Count One of the First Amended Complaint filed in this action asserting a claim under the Fair Labor Standards Act for unpaid overtime wages in the amount of Thirty Thousand and 0/100 Dollars ($30,000.00), inclusive of minimum wages, overtime, liquidated damages, back pay, front pay, benefits, economic damages, general or compensatory damages, punitive damages, interest, costs, statutory penalties, and attorneys' fees, and any and all other forms of relief recoverable;

**WHEREAS**, on November 20, 2024, a Notice of Acceptance of the Offer of Judgment was filed with the Court (ECF Docket No. 45);

Accordingly, it is **HEREBY ORDERED, ADJUUDGED, AND DECREED** that judgment is entered in favor of Plaintiff Kyle Collison and against Defendants Wandrd, LLC and Austin Cope, jointly and severally, for the total sum of **THIRTY THOUSAND DOLLARS ($30,000.00)** for Count One of the First Amended Complaint filed in this action asserting a claim under the Fair Labor Standards Act for unpaid overtime wages, inclusive of minimum wages, overtime, liquidated damages, back pay, front pay, benefits, economic damages, general or

compensatory damages, punitive damages, interest, costs, statutory penalties, and attorneys' fees, and any and all other forms of relief recoverable.

**SO ORDERED:**

Dated: November 21, 2024

_____
LEWIS J. LIMAN
United States District Judge